I'm going to show you some pictures of what I'm talking about, and I'm going to get most of these from my speaker. And I'm going to give you just a couple of examples. In addition to these two, I'm going to give you the first two, and then I'm going to give you a few examples. The first is this. This is actually one of my own personal favorites. It's a picture of a hard-side of the century. The second is this. This is a picture of a man in the middle of the city.
judges: Gould, Berzon, Sessions